# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0949
LT Case No. 16-2021-CF-8341-A

_____

REGINALD VERDELL DANIELS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
London Mahogany Kite, Judge.

Ryan Edward McFarland, of Kent & McFarland, Jacksonville,
for Appellant.

James Uthmeier, Attorney General, and Amanda Uwaibi,
Assistant Attorney General, Tallahassee, for Appellee.

March 31, 2026

PER CURIAM.

AFFIRMED.

EDWARDS, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____